**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHARLIE G. HABON, JONATHAN PIERCE, JOSE PORTILLO and MARTHA LOPEZ, DAVID STINNETT and TINA STINNETT,<br><br>Plaintiffs,<br><br>v.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., LIME FINANCIAL, MLSG, INC, E-LOAN, INC., CTX MORTGAGE CO., LLC, WESTERN TITLE COMPANY, STEWART TITLE COMPANY, LENDERS FIRST CHOICE, JOHN L. MATTHEWS, TIMOTHY M. BARTOSH, CHASE, NATIONAL CITY MORTGAGE, EMC MORTGAGE, LITTON LOAN SERVICING, BANK OF AMERICA, U.S. BANK, N.A., NATIONAL DEFAULT SERVICING CORPORATION, MTC FINANCIAL dba TRUSTEE CORPS, CAL-WESTERN RECONVEYANCE CORP., and FEDERAL HOME LOAN MORTGAGE CORPORATION,<br><br>Defendants. | 3:10-cv-00191-RCJ-VPC<br><br>**ORDER** |

This case arises out of the foreclosure of Plaintiffs' mortgages. Several motions are pending before this Court.[1] The Judicial Panel on Multidistrict Litigation has transferred the case to the District of Arizona for pretrial proceedings in Case No. 2:09-md-02119-JAT and

---

[1] These motions include: Motion to Dismiss (#4); Motion to Stay and for Extension of Time to Answer or Otherwise Respond to the Complaint Pending a Decision on Transfer by Judicial Panel on Multi-district Litigation (#16); Motion for Temporary Restraining Order (#20); First Motion for Leave to File Opposition to Certain Defendants' Motion to Dismiss (#29); Motion to Intervene (#32); Motion for Leave to File Motion of Intervenor (#33); Motion to Remand to State Court (#45); Motion to Dismiss (#56); and Motion to Dismiss (#65).

has simultaneously separated and remanded all causes of action not related to the formation and operation of the MERS system. Judge Teilborg has not yet issued a partial remand order in this case. Until he does so, the Court lacks jurisdiction to rule on the pending motions.

## CONCLUSION

IT IS HEREBY ORDERED that all pending motions are DENIED without prejudice. Upon remand from Case No. 2:09-md-02119-JAT, Plaintiffs shall file a copy of the partial remand order into the docket within seven days. This order is not a preliminary injunction.

DATED: This 4th day of February, 2011.

_____
United States District Judge