AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\***\*\***\_\_\_\_\_ DISTRICT OF   NEVADA

CHARLIE G. HABON, et al,

       Plaintiff,            JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: 3:10-CV-191-RCJ-VPC

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
et al.,

       Defendants.

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

  **X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Cal Western Reconveyance Corporation's Motion for Summary Judgment is GRANTED in its entirety with prejudice.

| | |
|---|---|
| May 18, 2012 | **LANCE S. WILSON** |
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |